# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NOLL and GREGORY NOLL, <br><br> Plaintiffs, <br><br> vs. <br><br> BMW OF NORTH AMERICA, LLC, and DOE 1 through DOE 10, inclusive, <br><br> Defendants. | **CASE NO.: 5:17-cv-01126 AG (JCx)** <br><br> *Assigned to Hon. Andrew J. Guilford* <br> Magistrate Judge *Hon. Jacqueline Chooljian* <br><br> [PROPOSED] JUDGMENT AFTER TRIAL <br><br> Trial Date: July 10, 2018 |

This action came on regularly for trial from July 10, 2018 to July 17, 2018, in Courtroom 10D of the United States District Court, the Honorable Andrew J. Guilford presiding. Plaintiffs Diana Noll and Gregory Noll appeared by attorneys Brian Wagner and John Myers of Bickel Law Firm. Defendant BMW North America, LLC appeared by attorneys Michael Hurvitz and Kelly Kimbrough of Bowman and Brooke LLP.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and returned its verdict, finding in favor of BMW of North America, LLC.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in the action be entered as follows:

In accordance with the verdict form dated July 17, 2018, judgment is entered in favor of BMW of North America, LLC and against plaintiffs Diana Noll and Gregory Noll who shall recover nothing from BMW of North America, LLC. BMW of North America, LLC shall recover costs from plaintiffs Diana Noll and Gregory Noll as determined by the Clerk of the Court.

DATED: July 26, 2018

Honorable Andrew J. Guilford
United States District Court Judge